UNITED STATES DISTRICT COURT

Northern District of California

RICHARD FREEMAN,            No. C 11-6658 MEJ

           Plaintiff,            **ORDER TO SHOW CAUSE**

   v.

DEPT. OF HEALTH & HUMAN SERVICES,

           Defendant.

_____/

       On December 27, 2011, Plaintiff Richard Freeman filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On January 9, 2012, the Clerk of Court directed Plaintiff to either consent or decline magistrate jurisdiction by January 23, 2012. Dkt. No. 5. Because Plaintiff failed to comply with this deadline, the Clerk again directed Plaintiff to consent or decline, with a new deadline of February 8, 2012. Dkt. No. 6. Plaintiff failed to respond.

       Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 23, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on March 8, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive pleading, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

       **IT IS SO ORDERED.**

Dated: February 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD FREEMAN,

        Plaintiff,

  v.

DEPT OF HHS,

        Defendant.

Case Number: 11-06658 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Freeman
675 Jefferson Avenue
Redwood City, CA 94063

Dated: February 10, 2012

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk