UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICHARD FREEMAN, | No. C 11-6658 MEJ |
| Plaintiff, | **ORDER FOR CLERK OF COURT TO REASSIGN CASE** |
| v. | |
| DEPT. OF HEALTH & HUMAN SERVICES, | **REPORT & RECOMMENDATION** |
| Defendant. | |
| _____/ | |

      On December 27, 2011, Plaintiff Richard Freeman filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On January 9, 2012, the Court directed Plaintiff to either consent or decline magistrate jurisdiction by January 23, 2012. Dkt. No. 5. Because Plaintiff failed to comply with this deadline, the Court again directed Plaintiff to consent or decline, with a new deadline of February 8. Dkt. No. 6. Plaintiff failed to respond. Based on Plaintiff's inaction, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. The Court ordered Plaintiff to file a responsive declaration by February 23. Dkt. No. 7. Plaintiff failed to respond. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

      Under Rule 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*,

1 782 F.2d 829, 831 (9th Cir. 1986)).  Here, Plaintiff failed to comply with Court orders and deadlines, failed to respond to the order to show cause, and has made no appearance in this matter since filing the complaint.  Thus, the Court finds that the *Ferdik* factors weigh in favor of dismissal.

Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge.  The undersigned RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure to comply with the Court's deadlines and orders.

Pursuant to Federal Rule of Civil Procedure 72, Plaintiff may serve and file objections to this Report and Recommendation within 14 days after being served.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: February 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD FREEMAN,

        Plaintiff,

  v.

DEPT OF HHS,

        Defendant.

Case Number: 11-06658 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Freeman
675 Jefferson Avenue
Redwood City, CA 94063

Dated: February 27, 2012

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk