IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD FREEMAN,

    Plaintiff,

  v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendant.

No. C 11-06658 WHA

**ORDER DECLINING TO ADOPT RECOMMENDATION OF MAGISTRATE JUDGE**

Plaintiff Richard Freeman filed a complaint on December 27, 2011. On January 9, 2012, plaintiff was directed to either consent or decline to proceed before a magistrate judge. Plaintiff failed to respond. A second notice directing plaintiff to file a consent or declination to proceed before a magistrate judge issued. Plaintiff did not respond. Based on plaintiff's inaction, Magistrate Judge Maria-Elena James ordered plaintiff to show cause by February 23, 2012, why his case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff failed to respond. Magistrate Judge James filed a report and recommendation, recommending dismissal of this action based on plaintiff's failure to prosecute and failure to comply with court orders. This order declines to dismiss this action based on the above-stated record.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE