**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD FREEMAN,

    Plaintiff,

    v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendant.
                             /

No. C 11-06658 WHA

**ORDER DISMISSING CASE**

      Magistrate Judge Maria-Elena James recommended that this case be dismissed for failure to prosecute. This Court declined to do so. However, at the regularly scheduled case management conference, plaintiff (and defendant) failed to appear. This was on April 12, 2012, at 1:00 p.m. Therefore, the recommendation by Magistrate Judge James is now **ADOPTED** based on the conduct and persistent failure to prosecute by plaintiff.

      **IT IS SO ORDERED.**

Dated: April 12, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE